UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY ELIJAH WALK,

      Petitioner,                             Case No. 13-cv-14429

                                        Paul D. Borman
v.                                              United States District Judge

                                        Paul J. Komives
THOMAS MACKIE,                        United States Magistrate Judge

      Respondent.
_____/

ORDER: (1) ADOPTING THE MAGISTRATE JUDGE'S JUNE 25, 2014
REPORT AND RECOMMENDATION (ECF NO. 12),
(2) DENYING THE APPLICATION FOR A WRIT OF HABEAS CORPUS (ECF NO. 1);
(3) DENYING A CERTIFICATE OF APPEALABILITY; AND
(4) DENYING PETITIONER'S MOTION FOR BOND (ECF NO. 11)

On June 25, 2014, Magistrate Judge Paul J. Komives issued a Report and Recommendation recommending that this Court deny Petitioner's application for a writ of habeas corpus, deny a certificate of appealability, and deny the Petitioner's Motion for Bond. (ECF No. 12). Having reviewed the Report and Recommendation, and there being no timely objections from either party under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d), the Court ADOPTS the Report and Recommendation, DENIES the application for a writ of habeas corpus, DENIES a certificate of appealability, and DENIES Petitioner's Motion for Bond.

IT IS SO ORDERED.

                                                   s/Paul D. Borman
                                                   PAUL D. BORMAN
                                                   UNITED STATES DISTRICT JUDGE

Dated:  August 29, 2014

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on August 29, 2014.

                                          s/Deborah Tofil
                                          Case Manager